**E-Filed 8/26/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHRYN NICKERSON,<br><br>            Plaintiff,<br>    v.<br><br>STATE OF CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 10-CV-01678-LHK<br><br>ORDER STAYING CASE<br><br>[re: docket no. 14] |

On August 25, 2010, the Plaintiff in this action filed a notice of global settlement and a request to vacate all deadlines in the case pending finalization of a Stipulation for Dismissal. The Plaintiff represented that this stipulation would be filed with the Court within 45 days. The Court hereby STAYS this matter. The parties shall file a Stipulation for Dismissal within 45 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 26, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CR-01678-LHK
ORDER STAYING CASE