1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  WILLIAM J. MCMAHON, State Bar No. 178588
   ALLISON R. ROSS, State Bar No. 214962
4  Deputy Attorneys General
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA 94612-0550
6   Telephone: (510) 622-2226
    Fax: (510) 622-2121
7   E-mail: Allison.Ross@doj.ca.gov
   *Attorneys for Defendant California Bureau*
8  *Automotive Repair*

9  CENTER FOR DISABILITY ACCESS
   RAY G. BALLISTER, JR, ESQ., SBN 111282
10 MARK D. POTTER, ESQ., SBN 166317
   9845 Erma Road, Suite 300
11 San Diego, CA 92131-1084
   (858)375-7385; Fax (888) 422-5191
12 *Attorneys for Plaintiff Kathryn Nickerson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHRYN NICKERSON, | CV10-01678 LHK |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL |
| v. | |
| STATE OF CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR, | |
| Defendants. | |

1

1 | Pursuant to the Stipulation of Dismissal executed by the parties on November 15, 2010
2 | and filed with this Court on November 18,    IT IS HEREBY ORDERED that the above-
3 | captioned action be and hereby is dismissed with prejudice.

Dated:   November 22  , 2010

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge

OK2010900120

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL (CV10-01678 LHK)